Opinion filed October 25, 2007 











 
 
  
 
 







 
 
  
 
 




Opinion filed October 25,
2007  

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00127-CV 

                                                    __________

 

                 JASON BARRON A/K/A POKER_PUNISHER, Appellant

 

                                                             V.

 

                                     GILBERT
G. GARCIA, Appellee

 



 

                                  On
Appeal from the County Court at Law No. 2

 

                                                    Montgomery
County, Texas

 

                                          Trial
Court Cause No. 06-07-06884-CV

 



 

                                              M E
M O R A N D U M   O P I N I O N

The
parties have filed in this court a joint motion to set aside the trial court=s judgment and remand the
cause for the trial court to effectuate a settlement.  The motion is granted.

The
judgment of the trial court is set aside, and the cause is remanded.

 

PER CURIAM

October 25, 2007

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.